IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
                Plaintiff,    )          8:14CR336
                              )
          v.                  )
                              )
DERELL C. SMITH,              )          ORDER
                              )
                Defendant.    )
_____)


This matter is before the Court on the motion to

withdraw entry of appearance (Filing No. 32).  After hearing

before the Court on February 18, 2015, with defendant present,

          IT IS ORDERED that said motion is denied.

          DATED this 18th day of February, 2015.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court